UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
TEOFILO COLON,

                Plaintiff,

   -against-

CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F.
HORN, PRISON HEALTH SERVICES, INC.,
MICHAEL CATALANO, C.E.O. OF PRISON
HEALTH SERVICES, INC., DOHMH MEDICAL
DIRECTOR TREVOR PARKS, DOHMH
PROGRAM DIRECTOR REBECCA PINNEY,
DOHMH DEPUTY COMMISSIONER LOUISE
COHEN, DOHMH MEDICAL DIRECTOR
DOCTOR BENJAMIN OKONTA, DR. PRAVIN
RANJAN, DR. JEAN RICHARD, DR. DIAH
DOUGLAS, DR. LISA NASON, DR. MICHAEL
HALL, "JOHN DOE" MEDICAL PROVIDERS
PRISON HEALTH SERVICES,

                Defendants.
------------------------------X

08-CV-03142
(HB)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Michael J. Kozoriz, Esq., an attorney admitted to practice before this Court, of the law firm of WHITE AND WILLIAMS LLP, hereby enters an appearance as attorney of record for the Defendant, DR. LISA NASON.

Dated: May 14, 2008

                              Respectfully submitted,
                              **WHITE AND WILLIAMS LLP**

                              By: _/s/ Michael J. Kozoriz_
                              MICHAEL J. KOZORIZ (MK-1929)
                              One Penn Plaza, Suite 1801
                              New York, New York 10119
                              (212) 244-9500
                              kozorizm@whiteandwilliams.com

TO:   ALL COUNSEL OF RECORD (VIA ECF)

PHLDMS1 4292095v.1