## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                            ) ss.:
COUNTY OF NEW YORK  )

       **Jason Smith**, being sworn, says:

       I am not a party to the action, am over 18 years of age and am employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

       On **May 30, 2008**, I served a true copy of the annexed **ANSWER** in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

Cynthia Conti-Cook, Esq.
STOLL, GLICKMAN & BELLINA, LLP
Attorneys for Plaintiff
71 Nevins Street
Brooklyn, New York 11217

_____
Jason Smith

Sworn to before me this
30ᵗʰ day of May, 2008

_____
NOTARY PUBLIC

**DORALBA LASSALLE**
Notary Public, State of New York
No. 02LA6102410
Qualified in Bronx County
Commission Expires December 8, 2011

530143.1