# United States District Court

SOUTHERN DISTRICT OF NEW YORK

TEOFILO COLON

V.

CITY OF NEW YORK, DEPARTMENT OF CORRECTION COMMISSIONER MARTIN F. HORN, PRISON HEALTH SERVICES, INC. MICHAEL CATALANO, C.E.O. OF PRISON HEALTH SERVICES, INC. DOHMH MEDICAL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08 CV 3142**

**JUDGE BAER**

TO: (Name and address of defendant)

City of New York
Corporation Counsel
100 Church Street, 4th Fl
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cynthia Conti-Cook, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

_Jessica Doss_ (signature)

(BY) DEPUTY CLERK

DATE: MAR 2 7 2008

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹ — DATE: 6-5-08

NAME OF SERVER (PRINT): Ted Braunstein    TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served at 2:37 pm at 100 Church St. Defendant's place of business to Amanda Gonzales

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3 June 2008
Date

Sworn before me this 3rd day of June 2008
C. Conti-Cook

Signature of Server: Ted Braunstein

Address of Server: 510 Atlantic Ave. Bklyn NY

CYNTHIA CONTI-COOK
Notary Public, State of New York
No. 02CO6171485
Qualified in Kings County
Commission Expires July 23, 2011

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.