# United States District Court

SOUTHERN DISTRICT OF NEW YORK

TEOFILO COLON

V.

CITY OF NEW YORK, DEPARTMENT OF CORRECTION COMMISSIONER MARTIN F. HORN, PRISON HEALTH SERVICES, INC. MICHAEL CATALANO, C.E.O. OF PRISON HEALTH SERVICES, INC. DOHMH MEDICAL

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 08 CV 3142


JUDGE BAER

TO: (Name and address of defendant)

Dr. Michael Hall
Prison Health Services Corporation
125 White Street
New York, NY 10013

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cynthia Conti-Cook, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*Jessica Soas*
(BY) DEPUTY CLERK

DATE: MAR 27 2008

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹  DATE: 6-3-08

NAME OF SERVER (PRINT): Ted Braunstein   TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served at defendant's place of business - 128 Oakles to officer at front desk... 200 lbs... Black 6'0" Black hair brown e/s ... Mid 20's

### STATEMENT OF SERVICE FEES
TRAVEL | SERVICES | TOTAL

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3 June 2008
             Date

Signature of Server: Ted Braunstein

Address of Server: 510 Atlantic Ave, Bklyn NY

Sworn before me this
3rd day of June 2008

CYNTHIA CONTI-COOK
Notary Public, State of New York
No. 02CO6171485
Qualified in King County
Commission Expires July 23, 2011

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.