UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC #: _____
DATE FILED: 7-2-08

------------------------------------------------------------------X
TEOFILO COLON,

                            Plaintiff,                    08 Civ. 03142 (HB)

    - against -                            **STIPULATION OF**
                                                        **DISCONTINUANCE**
CORRECTION COMMISSIONER, MARTIN F. HORN,    **AS TO DR. OKONTA**
PRISON HEALTH SERVICES, INC., MICHAEL
CATALANO, C.E.O. OF PRISON HEALTH SERVICES,
INC., DOHMH MEDICAL DIRECTOR TREVOR
PARKS, DOHMH PROGRAM DIRECTOR REBECCA
PINNEY, DOHMH DEPUTY COMMISSIONER LOUISE
COHEN, DOHMH MEDICAL DIRECTOR DOCTOR
BENJAMIN OKONTA, DR. PRAVIN RANJAN, DR.
JEAN RICHARD, DR. DIAH DOUGLAS, DR. LISA
NASON, DR. MICHAEL HALL, "JOHN DOE"
MEDICAL PROVIDERS PRISON HEALTH SERVICES,

                            Defendants.
------------------------------------------------------------------X

        WHEREAS, by the Department of Health and Mental Hygiene (DOHMH) has provided the Affidavit of Michael Aragon (attached hereto) indicating that BENJAMIN OKONTA, M.D. s/h/a DOHMH MEDICAL DIRECTOR DOCTOR BENJAMIN OKONTA resigned from employment on March 31, 2006 and before plaintiff was incarcerated at Rikers Island,

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the plaintiff and the attorneys for the defendant BENJAMIN OKONTA, M.D. s/h/a DOHMH MEDICAL DIRECTOR DOCTOR BENJAMIN OKONTA, that whereas no party hereto is an infant or an incompetent person for whom a committee has

535622 1

been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant BENJAMIN OKONTA, M.D. s/h/a DOHMH MEDICAL DIRECTOR DOCTOR BENJAMIN OKONTA without costs to either party as against the other; and

IT IS FURTHER STIPULATED AND AGREED, that the name of defendant BENJAMIN OKONTA, M.D. s/h/a DOHMH MEDICAL DIRECTOR DOCTOR BENJAMIN OKONTA is hereby removed from the caption of the action, and that the caption of this matter shall be amended as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TEOFILO COLON,

                       Plaintiff,                      08 Civ. 03142 (HB)

    - against -

CORRECTION COMMISSIONER, MARTIN F. HORN,
PRISON HEALTH SERVICES, INC., MICHAEL
CATALANO, C.E.O. OF PRISON HEALTH SERVICES,
INC., DOHMH MEDICAL DIRECTOR TREVOR
PARKS, DOHMH PROGRAM DIRECTOR REBECCA
PINNEY, DOHMH DEPUTY COMMISSIONER LOUISE
COHEN, DR. PRAVIN RANJAN, DR. JEAN RICHARD,
DR. DIAH DOUGLAS, DR. LISA NASON, DR.
MICHAEL HALL, "JOHN DOE" MEDICAL
PROVIDERS PRISON HEALTH SERVICES,

                       Defendants.
------------------------------------------------------------------------X; and

535622.1

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
      June _25_, 2008

_____
STOLL, GLICKMAN & BELLINA, LLP
Attorneys for Plaintiff
71 Nevins Street
Brooklyn, NY 11217
(718) 852-3710

_____
HEIDELL, PITTONI, MURPHY & BACH, LLP
Attorneys for Defendant BENJAMIN OKONTA, M.D.
99 Park Avenue
New York, New York 10016
(212) 286-8585

_____
WHITE & WILLIAMS, LLP
Attorneys for DR. LISA NASON
One Penn Plaza
250 West 34th Street, Suite 1801
New York, NY 10119
(212) 244-9500

535622.1

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
      June ___, 2008

_____
STOLL, GLICKMAN & BELLINA, LLP
Attorneys for Plaintiff
71 Nevins Street
Brooklyn, NY 11217
(718) 852-3710

_____
HEIDELL, PITTONI, MURPHY & BACH, LLP
Attorneys for Defendant BENJAMIN
OKONTA, M.D.
99 Park Avenue
New York, New York 10016
(212) 286-8585

_____
WHITE & WILLIAMS, LLP
Attorneys for DR. LISA NASON
One Penn Plaza
250 West 34th Street, Suite 1801
New York, NY 10119
(212) 244-9500

SO ORDERED:

_____
U.S.D.J.

July 1, 2008

535622.1