UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TEOFILO COLON,

                          Plaintiff,                           08 CV 03142

       - against -                          **RULE 7.1 STATEMENT**

CITY OF NEW YORK, DEPARTMENT OF          **DEMAND FOR**
CORRECTION COMMISSIONER, MARTIN F. HORN,   **TRIAL BY JURY**
PRISON HEALTH SERVICES, INC., MICHAEL
CATALANO, C.E.O. OF PRISON HEALTH SERVICES,
INC., DOHMH MEDICAL DIRECTOR TREVOR
PARKS, DOHMH PROGRAM DIRECTOR REBECCA
PINNEY, DOHMH DEPUTY COMMISSIONER LOUISE
COHEN, DOHMH MEDICAL DIRECTOR DOCTOR
BENJAMIN OKONTA, DR. PRAVIN RANJAN, DR.
JEAN RICHARD, DR. DIAH DOUGLAS, DR. LISA
NASON, DR. MICHAEL HALL, "JOHN DOE"
MEDICAL PROVIDERS PRISON HEALTH SERVICES,

                          Defendants.
------------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, PRISON HEALTH SERVICES, INC., a non-governmental corporate party, certifies that it is and was a publicly owned corporation. Defendant PRISON HEALTH SERVICES, INC. does have a parent corporation and upon information and belief there are

535280.1

publicly held parents, subsidiaries and affiliates of PRISON HEALTH SERVICES, INC.

Dated: New York, New York
       June 23, 2008

                              Respectfully submitted,

                              HEIDELL, PITTONI, MURPHY & BACH, LLP
                              Of Counsel to MICHAEL A. CARDOZO, ESQ.,
                              Corporation Counsel of the City of New York

By: _____
       GILLIAN C. THOMAS (GT 9285)
       Attorneys for Defendant
       PRISON HEALTH SERVICES, INC.
       Office & P.O. Address
       99 Park Avenue
       New York, New York 10016
       (212) 286-8585

TO:    Cynthia Conti-Cook, Esq.
        STOLL, GLICKMAN & BELLINA, LLP
        Attorneys for Plaintiff
        71 Nevins Street
        Brooklyn, New York 11217
        (718) 852-3710

        Michael Kozoriz, Esq.
        White & Williams, LLP
        1 Penn Plaza, Suite 1801
        New York, New York 10119

535280.1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

        **Amy Velez**, being sworn, says:

        I am not a party to the action, am over 18 years of age and am employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

        On **June 23, 2008**, I served a true copy of the annexed **RULE 7.1 STATEMENT** in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

Cynthia Conti-Cook, Esq.
STOLL, GLICKMAN & BELLINA, LLP
Attorneys for Plaintiff
71 Nevins Street
Brooklyn, New York 11217

Michael Kozoriz, Esq.
White & Williams, LLP
1 Penn Plaza, Suite 1801
New York, New York 10119

_____
Amy Velez

Sworn to before me this
23 day of June, 2008

_____
NOTARY PUBLIC

JACQUELINE RAMIREZ
Notary Public, State of New York
No. 01RA6124050
Qualified in New York County
Commission Expires March 21, 2009

535280.1